USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/5/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN DAWSON, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

MILK MAKEUP LLC,

        Defendant.

19 Civ. 6675 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 24, 2019, the Court ordered the parties to submit a status letter by February 3, 2020. ECF No. 18 ¶ 16. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint status letter by **5:00 p.m.** on **February 6**, **2020**.

    SO ORDERED.

Dated: February 5, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge